**Petition for Writ of Mandamus Denied and Opinion filed July 29, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00126-CV

---

## IN RE MAY C. LAU, M.D., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-07676-2024**

---

## MEMORANDUM OPINION

The Court has considered relator Mary C. Lau's petition for writ of mandamus and emergency motion to stay and is of the opinion that relief should be denied. Accordingly, the petition and the emergency motion are denied.[1]

PER CURIAM

---

[1] *See* TEX. R. APP. P. 52.8(a).

Before Chief Justice Brister and Justices Field and Farris.